IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY J. GRAZIANO, et al., )
)
            Plaintiffs, )
)
v. ) No. 03 C 4562
)
VILLAGE OF OAK PARK, )
)
            Defendant. )

SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

Soon after issuing its November 28, 2005 memorandum opinion and order ("Opinion") in this action, this Court became aware of several minor typographical errors in the Opinion. This supplement to the Opinion corrects the following errors:[1]

    1. On page 2, in the paragraph immediately preceding "Summary Judgment Standards, the phrase "...(2) for the reason stated in the Appendix..." is revised to read "...(2) for the reason stated in Appendix 1...."

    2. On page 3, in the paragraph that begins "In that respect," its first sentence is changed to read:

> In that respect, as reflected in n.2 and Appendix 2 (pages 2 and 3 of Oak Park's Response to Plaintiff's LR 56.1(b)(3)(B) Statement of Additional Facts), Oak Park has identified a number of substantial defects in plaintiffs' LR 56.1(b)(3)(A) response to Oak Park's LR 56.1(a)(3) statement of material facts.

    3. In the final two pages that follow the text of the

---

[1] All page references here are to the original typewritten slip opinion.

Opinion (the first of those pages being headed "II. THERE IS NO GENUINE ISSUE OF MATERIAL FACT THAT PRECLUDES SUMMARY JUDGMENT IN FAVOR OF THE VILLAGE") the caption "Appendix 3" is inserted immediately above that heading.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 13, 2005

2